Ashley W. CARTER, Plaintiff–Appellant,

v.

L. Todd LEE, False Prophet; Rodney K. Pritchard, FBI Agent in Columbia; Martin D. Brown, FBI Agent in Greenville; Mark Moore, Assistant United States Attorney; William Catoe, United States Magistrate Judge; David Plowden, Assistant Federal Public Defender in Greenville; John H. Hare, Assistant Federal Public Defender in Columbia, Defendants–Appellees.

No. 02–6720.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 29, 2002.

Ashley W. Carter, Appellant Pro Se.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Ashley W. Carter appeals the district court's order denying relief on his 42

U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Carter v. Lee*, No. CA–02–779–2–20–AJ (D.S.C. Apr. 17, 2002). We also deny Carter's motions to recuse Judges Herlong and Catoe and for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*